**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PAUL DIEFFENBACH, JR.,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | |
| **RBS CITIZENS, N.A.,** | : | |
| **d/b/a CITIZENS BANK ,** | : | **NO. 11-2800** |
| **Defendant.** | : | |

## O R D E R

AND NOW, this 8th day of May 2012, upon consideration of Citizens Bank's Motion for Summary Judgment (Doc. No. 20), Mr. Dieffenbach's Motion for Summary Judgment (Doc. No. 24), Mr. Dieffenbach's Supplemental Motion for Summary Judgment (Doc. No. 39), and all responses thereto, for the reasons set forth in the Memorandum of the same date, it is hereby ORDERED as follows:

1.  Citizens Bank's Motion for Summary Judgment (Doc. No. 20) is GRANTED.

2.  Mr. Dieffenbach's Motion for Summary Judgment (Doc. No. 24) is DENIED.

3.  Mr. Dieffenbach's Supplemental Motion for Summary Judgment (Doc. No. 39) is DENIED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge